United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZULFIQAR SALIM,

        Plaintiff,

   v.

WASHINGTON TOWNSHIP HEALTH CARE
DISTRICT, a government entity of unknown
form, aka WASHINGTON HOSPITAL,
WASHINGTON HOSPITAL HEALTHCARE
SYSTEM, a business entity of unknown form,
and DOES 1–100, inclusive,

        Defendants.

_____/

No. C 15-00680 WHA


**REMINDER NOTICE
OF UPCOMING TRIAL
AND FINAL PRETRIAL
CONFERENCE**

     This notice serves as a friendly reminder that this case remains set for a **FINAL
PRETRIAL CONFERENCE** on **MARCH 23, 2016**, at **2:00 P.M.**, with a **JURY TRIAL** on
**MARCH 28, 2016**.  Please consult the existing case management order and review and follow
all standing guidelines and orders of the undersigned for civil cases on the Court's website at
http://www.cand.uscourts.gov.  Continuances will rarely be granted.

     The final pretrial conference will be an important event, for it will be there that the
shape of the upcoming trial will be determined, including *in limine* orders, time limits and
exhibit mechanics.  Lead trial counsel must attend.

     To avoid any misunderstanding with respect to the final pretrial conference and trial,
the Court wishes to emphasize that all filings and appearances must be made — on pain of

United States District Court

For the Northern District of California

1   dismissal, default or other sanction — unless and until a dismissal fully resolving the case is

2   received.  It will not be enough to inform the clerk that a settlement in principle has been

3   reached or to lodge a partially executed settlement agreement or to lodge a fully executed

4   agreement (or dismissal) that resolves less than the entire case.  Where, however, a

5   fully-executed and unconditional settlement agreement clearly and fully disposing of the entire

6   case is lodged reasonably in advance of the pretrial conference or trial and only a ministerial

7   act remains, the Court will arrange a status conference to work out an alternate procedure

8   pending a formal dismissal.

9          Please state whether the Court can be of further ADR assistance (but avoid stating

10  offers, counteroffers or dollar amounts).

11         The Court strongly encourages attorneys with fewer than four years of experience to

12  take witnesses and to be an important part of the trial so as to train the next generation of trial

13  lawyers.

14

15

16  Dated:  October 26, 2015.

    WILLIAM ALSUP
17  UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

2